AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)      ☐ Original  ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT

05/06/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: EC DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT

05/07/2025

CENTRAL DISTRICT OF CALIFORNIA
BY:      KH      DEPUTY

United States of America

v.

Luis Fernando CHOC-Paul,

Defendant

Case No.  8:25-mj-00363

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, Daniel Latham, the complainant in this case, state that the following is true to the best of my

knowledge and belief. On or about the date of May 4, 2025, in the county of Orange in the Central District of

California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
/s/
*Complainant's signature*

Daniel Latham, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:          05/07/2025          

/s/ Autumn D. Spaeth
*Judge's signature*

City and state:   Santa Ana, California          

Hon. Autumn D. Spaeth, U.S. Magistrate Judge
*Printed name and title*

AUSA: Christina Marquez (x4061)

<u>AFFIDAVIT</u>

I, Daniel Latham being duly sworn, declare and state as follows:

## I.  <u>PURPOSE OF AFFIDAVIT</u>

1.    This affidavit is made in support of a criminal complaint and arrest warrant against LUIS FERNANDO CHOC-PAUL ("defendant"), charging him with violating Title 8, United States Code, Section 1326(a), Illegal Alien Found in the United States Following Deportation.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. <u>BACKGROUND OF AFFIANT</u>

3.    I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since 2016. I am currently assigned to a squad that investigates immigration-related crimes, including human smuggling, document counterfeiting, and other violations involving the unlawful entry or presence of individuals in the United States.  During my career as an FBI SA, I have participated in a variety of federal criminal investigations.  I hold a Master's degree in

Business Administration from Sacred Heart University in Fairfield, Connecticut.  I have also completed various technical and investigative training programs relevant to my duties.

### III.  STATEMENT OF PROBABLE CAUSE

4.    On or about May 4, 2025, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that defendant was in the custody of La Habra Police Department ("LHPD").

5.    The fingerprint information for this arrest, as referenced by a unique fingerprint identifier match that was also found in DHS indices' containing removal records for defendant.  Thus, it was confirmed that defendant was the person arrested on this occasion and the person referenced in the removal records and the indices discussed herein.

6.    On or about May 5, 2025, I reviewed the printouts of DHS computer indices on defendant.  Records checks revealed that defendant is a citizen of Guatemala.  Based on my training and experience, I know that the DHS computer indices track and document each time an alien is deported or excluded from the United States by ICE, or is granted permission to enter or re-enter the United States.

7.    The DHS computer indices confirmed that defendant had been physically removed or deported from the United States on January 8, 2014 pursuant to an Expedited Removal Order issued on January 3, 2014.

8.    There is no record of defendant applying for, or obtaining from the Attorney General or the Secretary of Homeland

Security, permission to re-enter the United States, nor is there any record of his ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.  I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in defendant's records.

### IV. CONCLUSION

9.   For all the reasons described above, there is probable cause to believe that defendant has committed a violation of Title 8, United States Code, Section 1326(a), Illegal Alien Found in the United States Following Deportation.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __7__ day of
April 2025.


_____Autumn D. Spaeth_____
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

3